No. 4211.—CRÉDITO Y AHORRO PONCEÑO, apdo., v. RIVERA ET AL., aplte.—C. D. Guayama. Abril 5, 1927. Apelada la providencia negando la concesión de un nuevo juicio en este caso después del término de diez días concedidos por el artículo 295, No. 3º del Código de Enjuiciamiento Civil; y apareciendo a mayor abundamiento que desde el 12 de enero último el apelante no ha hecho gestión alguna para tramitar su recurso, se desestimó la apelación.